In the Matter of the COMMON COUNCIL OF THE CITY OF MIDDLETOWN, Petitioner, v. TOWN BOARD OF THE TOWN OF WALLKILL, Respondent.

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

In the Matter of HERMAN BROOKMAN, an Attorney, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.

Beldock, P. J., Christ, Brennan, Rabin and Munder, JJ., concur.